UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States Magistrate Court
DSQ-SDTX
FILED

JUL 25 2013

David J. Bradley, Clerk
Laredo Division

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| vs | § | 5:13-CR-0633-07 |
| **ADRIAN TORRES** | § | |

## ORDER

The Court, having considered the "Pretrial Services Report" received on July 24, 2013, and the Government's recommendation for a bond made on July 25, 2013, is of the opinion and hereby orders that the defendant's bond be set at $150,000.00, with a $5,000.00 cash deposit and one co-surety, along with the additional bond conditions as set out by Pretrial Services, including the requirement of a curfew.

This is the least restrictive combination of conditions that will reasonably assure the appearances of the Defendant and the safety of the community as required by Title 18, United States Code, § 3142(c)(1)(B).

IT IS SO ORDERED.

SIGNED, this 25th day of July, 2013.

_____
DIANA SONG QUIROGA
United States Magistrate Judge